IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01568-RM-MJW

REGINA GARCIA as Parent and Next Friend to T.D., a minor,

Plaintiff(s),

v.

KELCEY PATTON and
THE DENVER DEPARTMENT OF HUMAN SERVICES,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Plaintiff's Motion to Strike Arguments Raised for First Time in Reply, or in the Alternative, for Leave to File Surreply (Re: Subpoena Served on Denver Adult Probation Department) (Docket No. 50) is granted to the extent that the plaintiff is granted leave to file a sur-reply on or before September 24, 2014.

Date: September 19, 2014