IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01568-RM-MJW

REGINA GARCIA as Parent and Next Friend to T.D., a minor,

Plaintiff(s),

v.

KELCEY PATTON and
THE DENVER DEPARTMENT OF HUMAN SERVICES,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Leave to File Document Under Seal [sic] [Restricted Access] (docket no. 72) is GRANTED.  The document filed at Docket No. 71, which is a document filed in support of a Response in Opposition to City of Wheat Ridge, Colorado's Motion to Quash Subpoena, or in the Alternative, Request for an In Camera Review and Protective Order,  shall be filed under Restricted Access pursuant to D.C.COLO.LCivR 7.2(b) at Level 2 until further Order of the court.

Date: November 12, 2014