IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01568-RM-MJW

REGINA GARCIA as Parent and Next Friend to T.D., a minor,

Plaintiff(s),

v.

KELCEY PATTON and
THE DENVER DEPARTMENT OF HUMAN SERVICES,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion to Allow Counsel for Third-Party Witness to Withdraw as Counsel of Record (Docket No. 93) is granted. Accordingly, Charles Welton, Esq., is withdrawn as counsel for interested parties Progressive Therapy Systems and Cynthia Jamison in this action and shall be removed from all future ECF notifications in this action.

Date: January 20, 2015