IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01568-RM-MJW

REGINA GARCIA as Parent and Next Friend to T.D., a minor,

Plaintiff(s),

v.

KELCEY PATTON and
THE DENVER DEPARTMENT OF HUMAN SERVICES,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion to Modify Scheduling Order (Docket No. 97) is granted, finding good cause shown. The Scheduling Order (Docket No. 14) is thus amended as follows. The deadline for completing expert discovery is extended up to and including February 27, 2015. The deadline for filing dispositive motions is extended up to and including April 13, 2015.

Date: January 20, 2015