IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01568-RM-MJW

REGINA GARCIA as Parent and Next Friend to T.D., a minor,

Plaintiff(s),

v.

KELCEY PATTON and
THE DENVER DEPARTMENT OF HUMAN SERVICES,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion to Modify Scheduling Order to Extend Deadlines for Sixty Days and to Reschedule Pretrial Conference (docket no. 105) is GRANTED IN PART AND DENIED IN PART. The subject motion is GRANTED as follows:

(1)   the deadline to complete expert discovery is extended to April 17, 2015;

(2)   the deadline to file dispositive motions is extended to May 8, 2015; and

(3)   the parties are given an extension of time until May 11, 2015, to file their proposed Final Pretrial Order with the court.

The subject motion (docket no. 105) is DENIED as to extending the Final Pretrial Conference date. The Final Pretrial Conference remains set on May 14, 2015, at 9:00 a.m. before Magistrate Judge Watanabe.

Date: February 18, 2015