IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01568-RM-MJW

REGINA GARCIA as Parent and Next Friend to T.D., a minor,

Plaintiff(s),

v.

KELCEY PATTON and
THE DENVER DEPARTMENT OF HUMAN SERVICES,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion to Amend Scheduling Order to Extend Discovery Deadline for Sole Purpose of Completing Deposition of Experts (Docket No. 122) is granted.  Accordingly, the Scheduling Order (Docket No. 14) is amended as follows.  The deadline to complete discovery is extended up to and including June 15, 2015, for the sole purpose of taking the deposition of plaintiff's experts, Marc McNulty and Elizabeth Kattman, and defendants' expert, Aubrey Corwin.  In addition, if the recently-filed motion to quash (Docket No. 117) is denied, the parties will be able to schedule Mr. Goodwin's deposition.

Date: April 16, 2015