IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01568-RM-MJW

REGINA GARCIA as Parent and Next Friend to T.D., a minor,

Plaintiff(s),

v.

KELCEY PATTON and
THE DENVER DEPARTMENT OF HUMAN SERVICES,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby **ORDERED** that the Motion for Clarification of the Minute Order Dated May 6, 2015 (Docket No. 151) is granted as follows. OCCPO shall submit all records in both redacted and unredacted form in their entirety.

Date: May 22, 2015