IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01568-RM-MJW

REGINA GARCIA as Parent and Next Friend to T.D., a minor,

Plaintiff(s),

v.

KELCEY PATTON and
THE DENVER DEPARTMENT OF HUMAN SERVICES,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Defendant Denver Department of Human Services' Unopposed Motion for Leave to File Reply in Support of Objection to Order Compelling Testimony (Docket No. 157) is granted. Accordingly, defendant Denver Department of Human Service may file a reply in support of its objections (Docket No. 125) on or before June 12, 2015.

Date: May 29, 2015