**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

Civil Action No.  14-cv-01568-RM-MJW          FTR - Courtroom A-502

**Date:**     June 11, 2015                              Courtroom Deputy, Ellen E. Miller

          *Parties*                                              *Counsel*

REGINA GARCIA, as Parent and next Friend to          James S. Helfrich
T. D., a minor,

          Plaintiff(s),

v.

KELCEY PATTON, and                                   Eric M. Ziporin
THE DENVER DEPARTMENT OF HUMAN                        Gillian Dale
SERVICES,

          Defendant(s).

THE STATE OF COLORADO, OFFICE OF CHILD               Tanya E. Wheeler
PROTECTION OMBUDSMAN,

          Interested Party

---

## COURTROOM MINUTES / MINUTE ORDER

---

**HEARING:    MOTION HEARING**
**Court in session:**     1:31 p.m.
Court calls case.  Appearances  of counsel.

The Court raises the State of Colorado, Office of Child Protection Ombudsman's Motion to
Quash *Subpoena Duces Tecum* Directed to the Colorado Child Protection Ombudsman [Docket
No. 117] for argument.

Argument by Ms. Wheeler, on behalf of the State of Colorado, Office of Child Protection
Ombudsman.
Argument by Mr. Ziporin, on behalf of Kelcy Patton, and the Denver Department of Human
Services.
Argument by Mr. Helfrich, on behalf of T. D., a minor.

**It is ORDERED:**          The State of Colorado, Office of Child Protection Ombudsman's MOTION
                            TO QUASH SUBPOENA DUCES TECUM DIRECTED TO THE
                            COLORADO CHILD PROTECTION OMBUDSMAN [Docket No. **117**, filed
                            April 14, 2015] is **TAKEN  UNDER  ADVISEMENT.**
                            The court will issue its written Order.

Pursuant to the Court's Minute Order [Docket No. 154, filed May 22, 2015], the Office of Child Protection Ombudsman ("OCCPO") filed the requested materials outlined in the subject *Subpoena Duces Tecum* for *in camera* inspection in both an UNREDACTED [Docket No. 160] and a REDACTED [Docket No. 164]  form.

A printed copy of the Unredacted materials is handed to Ms. Wheeler with the following orders:

**It is ORDERED:**     **On or before JUNE 26, 2015,**   the Office of Child Protection Ombudsman ("OCCPO") shall <u>hand deliver to chambers</u> the Unredacted materials with those portions highlighted in yellow that it wishes to have redacted.

**It is ORDERED:**     The Office of Child Protection Ombudsman ("OCCPO") shall also designate which materials presented belong to which agency (*i.e.*  Wheatridge Police Department, Colorado courts, Denver Office of  Human Services, the Ombudsman's office, etc.).

A separate "Index" shall be prepared and filed specifying which portions of the records  belong to which agency.

**It is ORDERED:**     No deposition of Mr. Dennis Goodwin may  be taken at this time.


HEARING CONCLUDES.

**Court in recess:**   2:24 p.m.
Total In-Court Time:   00:55

To order a transcript of this proceedings, contact  Avery Woods Reporting    (303) 825-6119  or     Toll Free    1-800-962-3345.