IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01568-RM-MJW

REGINA GARCIA as Parent and Next Friend to T.D., a minor,

Plaintiff(s),

v.

KELCEY PATTON and
THE DENVER DEPARTMENT OF HUMAN SERVICES,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

  It is hereby ORDERED that the Unopposed Motion to Withdraw the Motion to Quash Subpoena Duces Tecum Directed to the Colorado Child Protection Ombudsman (Docket No. 189) is granted, and thus Docket No. 117 is withdrawn. It is thus further

  ORDERED that the Ordered paragraphs on page 2 of the June 11, 2015, Minute Order (Docket No. 169) concerning OCCPO's production of highlighted materials and designation of which materials belong to which agency are VACATED.

Date: July 7, 2015