IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01568-RM-MJW

REGINA GARCIA as Parent and Next Friend to T.D., a minor,

Plaintiff(s),

v.

KELCEY PATTON and
THE DENVER DEPARTMENT OF HUMAN SERVICES,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Motion to Withdraw (Docket No. 207) is granted, and thus Tanya E. Wheeler, Esq., and Alicia Calderon, Esq., of interested party, the State of Colorado, Office of Colorado Child Protection Ombudsman, are withdrawn as counsel in this matter and shall no longer receive electronic noticing related to this matter.

Date: July 29, 2015