IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01568-RM-MJW

REGINA GARCIA as Parent and Next Friend to T.D., a minor,

Plaintiff(s),

v.

KELCEY PATTON and
THE DENVER DEPARTMENT OF HUMAN SERVICES,

Defendant(s).

---
MINUTE ORDER
---

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Defendants' Unopposed Motion to Amend Final Pretrial Order (Docket No. 212) is granted. Accordingly, the Final Pretrial Order (Docket No. 143) is amended to add to Defendants' Exhibit List the juvenile court transcripts in the underlying dependency and neglect action dated 4/12/2010, 5/12/2010, 5/27/2010, 6/7/2010, 7/30/2010, 9/7/2010, 9/26/2010, 12/13/2010, 3/21/2011, 6/13/2011, and 8/25/2011.

Date: August 21, 2015