IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01568-RM-MJW

REGINA GARCIA, as Parent and Next Friend to T.D., a minor,

     Plaintiff,

v.

KELCEY PATTON, and
THE DENVER DEPARTMENT OF HUMAN SERVICES,

     Defendants.

---

## NOTICE OF APPEAL FROM DEFENDANT KELCEY PATTON

---

     Defendant Kelcey Patton, by and through her counsel, Andrew D. Ringel, Esq. and Gillian Dale, Esq. of Hall & Evans, LLC, hereby appeal the District Court's Opinion and Order dated March 8, 2016, [Doc. 217], to the extent it denies the Motion for Summary Judgment From Defendant Kelcey Patton, [Doc. 144], with respect to Plaintiff's substantive due process claim under the danger creation theory.

     Respectfully submitted this 25th day of March, 2016.

                           */s/ Gillian Dale*              
                           Andrew D. Ringel, Esq.
                           Gillian Dale, Esq.
                           Hall & Evans, L.L.C.
                           1001 17th Street, Suite 300
                           Denver, CO 80202
                           Telephone:    (303) 628-3300
                           Facsimile:     (303) 628-3368
                           Email: ringela@hallevans.com
                                       daleg@hallevans.com

                           **ATTORNEYS FOR DEFENDANT
KELCEY PATTON**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 25th day of March, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jennifer F. Kemp
jkemp@sgrllc.com

Eric M. Ziporin
eziporin@sgrllc.com

James S. Helfrich
jhelfrich@allen-vellone.com

Jordan Factor
jfactor@allen-vellone.com

Baine P. Kerr
kerr@hbcboulder.com

Christopher W. Ford
ford@hbcboulder.com

*/s/ Denise Gutierrez, Assistant to*
Gillian Dale, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone:     (303) 628-3300
Facsimile:     (303) 628-3368
Email: daleg@hallevans.com

**ATTORNEYS FOR DEFENDANT
KELCEY PATTON**